BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00347 JST |
| v. | [PROPOSED] ORDER RESETTING STATUS HEARING AND EXLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JESSE LEE ZEIGLER, JR., | |
| Defendant. | |

    Based on the parties' joint request that this matter be reset for a status hearing on October 9, 2015, and for good cause shown, IT IS HEREBY ORDERED that the status hearing currently scheduled in this case on September 11, 2015, is VACATED, and the matter is RESET for status on October 9, 2015, at 9:30 a.m.

    In addition, based on the assertions of the parties in the Stipulated Request, the Court finds that failing to exclude the time between the date of this Order and October 9, 2015, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between the date of this Order

Stip. Req. and [Proposed] Order
CR 15-00347 JST

and October 9, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time between the date of this Order and October 9, 2015, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED:__September 9, 2015_____

_____
HON. JON S. TIGAR
United States District Judge

Stip. Req. and [Proposed] Order
CR 15-00347 JST