STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant ZEIGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 15-00347 JST |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) ) ) ) ) ) ) | STIPULATION AND [PROPOSED] ORDER TO VACATE CHANGE OF PLEA HEARING DATE AND TO RESET BRIEFING SCHEDULE ON DEFENDANT'S MOTION |
| vs. | | |
| JESSE LEE ZEIGLER, JR., | | |
| Defendant. | | Hearing Date: May 27, 2016<br>Time: 9:30 a.m. |

On May 16, 2016, the parties requested a change of plea hearing date. For this reason, the Court set this matter on May 27, 2016 at 9:30 a.m. for change of plea. The parties jointly request that the Court vacate the May 27, 2016 change of plea hearing date because, on May 19, 2016, Mr. Zeigler advised his counsel that he would like for his case to proceed to trial.

For this reason, the parties agree that the previously set dates should remain in place, including a motion hearing on July 8, 2016, the pretrial conference on October 7, 2016, and the trial date of November 7, 2016.

1

1    Because the parties anticipated last week and early this week that this case would resolve
2 by way of a plea, counsel for the government needs additional time to file a response to Mr.
3 Zeigler's motion to suppress, which Mr. Zeigler filed on April 29, 2016.  For these reasons, the
4 parties jointly request that the Court continue the briefing schedule and permit the government to
5 respond to Mr. Zeigler's motion by June 3, 2016, and the defense to file a reply by June 17, 2016.
6    The parties further agree that an exclusion of time is not necessary because the Court
7 previously excluded time under the Speedy Trial Act.

9  DATED: May 20, 2016                              /S/
                                                    BRIGID S. MARTIN
10                                                  Assistant United States Attorney

12 DATED: May 20, 2016                              /S/
                                                    ANGELA MILELLA HANSEN
                                                    Assistant Federal Public Defender

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby vacates the May 27, 2016 change of plea hearing date and resets the briefing schedule on defendant's motion as follows: The government's response brief is due on June 3, 2016; the defense reply brief is due on June 17, 2016. All other previously set dates will remain the same.

DATED: May 23, 2016

_____
THE HONORABLE JON S. TIGAR
United States District Judge