STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant ZEIGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>vs. )<br>)<br>)<br>JESSE LEE ZEIGLER, JR., )<br>)<br>Defendant. )<br>_____ ) | No. CR 15-00347 JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE SENTENCING<br>HEARING DATE TO OCTOBER 28, 2016<br><br>Hearing Date: August 26, 2016<br>Time:              9:30 a.m. |

The above-captioned matter is set on August 26, 2016 before this Honorable Court for sentencing. The parties jointly request that the Court continue this matter to October 28, 2016, at 9:30 a.m., for sentencing.

On May 27, 2016, Mr. Zeigler pleaded guilty to a superseding indictment, and he is scheduled to appear before the Court for a sentencing hearing late next month. The defense needs additional time with the presentence investigation process and requests a short continuance. Because of defense counsel's vacation schedule in June, the probation office was unable to complete Mr. Zeigler's interview until mid-July. In addition, the defense needs time to

1

1  obtain mitigation records to provide to the probation office for the report.  For these reasons, the
2  defense requests additional time for the presentence investigation process.
3       The parties agree that it is appropriate to continue this case until October 28, 2016.
4  Defense counsel contacted Jessica Goldsberry who is the probation officer assigned to this case.
5  Ms. Goldsberry supports this continuance and is available on October 28, 2016.  Finally, because
6  Mr. Zeigler has pleaded guilty, the parties are in agreement that the Speedy Trial Act does not
7  apply.

8
9  DATED: July 15, 2016                           /S/
                                                  BRIGID S. MARTIN
                                                  Assistant United States Attorney
10

11 DATED: July 15, 2016                           /S/
                                                  ANGELA MILELLA HANSEN
12                                                Assistant Federal Public Defender

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that the sentencing hearing date of August 26, 2016 is vacated and reset to October 28, 2016, at 9:30 a.m.

DATED: July 18, 2016

_____
THE HONORABLE JON S. TIGAR
United States District Judge