FILED

AUG 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Jesse Lee Zeigher, 20604-111
LOMPOC USP
U.S. Penitentiary
3901 KLEIN BLVD.
LOMPOC, CA 93436

IN The United States District Court
For The Northern District of California
OAKLAND Division

UNITED States of AMERICA, | Case No.
        plaintiff,                              | CR-15-00347-001JST

        V.                                          | Notice of and
                                                       | Motion under 18
Jesse Lee Zeigher,                        | U.S.C. 3582(c) for
        Defendent,                             | Reduction and
                                                       | Compassionate
                                                       | Release.

PLEASE TAKE NOTICE THAT   defendant
JESSE LEE ZEIGLER MOVES This court
to reduce his Sentence and grant him
Compassionate release.

Notice of Motion for compassionate release.

## Introduction

Jesse Lee Zeigler has Served 71 MONTHs of the 120-MONTH Sentence Imposed by this Court December 2016, following a ... of guilty ple of aiding and abetting Robbery affecting Interstate Commerce 18 U.S.C. 1951(a) He has Spent his entire time in BOP Custody at USP Lompoc and has a November 22, 2023 projected release date.

His prison sentence has become Significantly harder due to COVID-19 pandemic ravaging the United States, the BOP, and Lompoc Specifically. Mr. Zeigler's Medical history put him at a Significant risk for Sever illness or death if he contracts COVID-19 in Lompoc: His Chronic kidNEY disease, and ... and likely asthma. His risk of death or illness from COVID-19 increases because of the fact he is a 41 year old African American MAN.

Because of Medical conditions and personal characteristics that increase his risk of Severe illness or death were he to catch COVID-19, and pursuant to 18 U.S.C. 3582(c)(1), Mr Zeigler Moves the court for an : order reducing Sentence and releasing him from Lompoc Immediately.

A. Mr. Zeigler's BOP Performance.

Mr. Zeigler has been in custody since MAY 2015 and - - in BOP since December 2016. He has spent his entire time at Lompoc.

From a programming point of view, Mr Zeigler has taken and completed Numerous classes to better himself and develop work skills for life after prison.

See Exhibit A, BOP Transcript, education report and Certificates - Not leaving out one OShA Certification.

B. Mr Zeigler's Compassionate release request

On MAY, 22, 2020 Mr Zeigler request for Compassionate release under 18 U.S.C. 3582(c) to the warden at USP Lompoc via Mail". request for compassionate release/Reduction in Sentence was denied and or As of this filing, the warden has not responded to Said. request.

AR GUMENT

By passing the First Step Act ("FSA") in 2018, congress Intended "to promote rehabilitation of prisoners and unwind decades of Mass incarceration." United States v. Rodriques, 424 F. Supp. 3d 674, 680 (N.D. Cal. 2019) (citing Cong. Research Serv., R45558, The First Step Act of 2018: An Overview 1 (2019)). One purpose of the First Step Act was to increase a district Authority to grant an Inmate compassionate release.

The FSA expanded a sentencing courts authority to reduce an otherwise final term of imprisonment for "extraordinary and compelling reasons." 18 U.S.C. §3582(c)(1)(A)(i) The "effect of the [FSA] is that a district Judge has the ability to grant a prisoner's Motion for Compassionate release even in the face of BOP opposition or it's failure to respond to a prisoner's request for Compassionate release in a timely Manner." United States v. Young, 2020 WL 1047815, *5 (M.D.) Tenn. Mar. 4, 2020.) [Federal Judges are no longer constrained by the BOP Director's determination of what constitutes extraordinary and compelling reasons for a Sentence reduction," and can independently determine whether a defendant's circumstances are enough to warrant Compassionate release. Id. at *6; see also United States v. Beck, 425 F. Supp. 3d 573, 587 (M.N.C. 2019) ("the terms of the First Step Act give Courts independ Authority to grant Motions for compassionate release and Say Nothing about deference to [BOP], thus establishing that Congress wants courts to take de Novo look at Compassionate release Motions.")

This Court has Jurisdiction to consider Mr. Zeigler's compassionate release request.

Mr. Zeigler has ex satisfied the exhaustion requirement of 18 U.S.C. §3582(c)(1) and this court can consider his compassionate release request.

Of course, this is not the best of times. The COVID-19 infection rate within prison generally, and BOP facilities specifically far outpaces the infection rate in the United States. A recent research letter in the Journal of the American Medical Association ("JAMA") found the COVID-19 case rate for prisoners of 3,251 per 100,000 prisoners was 5.5 times higher than the U.S. population case rate of 587 per 100,000. Similarly, the adjusted death rate from COVID-19 for inmates was three times higher than would be expected if age and sex distributions of the U.S. and prison population were equal. The BOP has reported that 17% of tested inmates at Lompoc USP were positive, more than double the positive rate of 7.2% in the State of California as a whole over the last 14 days.

Having chronic kidney disease of any stage increases your risk for severe illness from COVID-19.... Mr Zeigler is a 41 year-old African American man. Sadly, race makes him more susceptible to getting seriously sick or dying if he were to catch COVID-19. There is no denying that, as the CDC itself recognizes, history shows that severe illness and death rates tend to be higher for racial and ethnic minority populations during public health emergencies than other populations.

The 3553(a) factors Support release and Mr. Zeigler is Not a danger to the Community.

Mr. Zeigler's immediate release is consistent with 3553 factors. While this Court concluded that those factors Supported an 120-Month Sentence when Mr. Zeigler was Sentenced in 2016, the "balance weighs differently in the current circumstances" of the pandemic. United States V. Gonzalez, 05-cr-1292 (JMF), 2020 WL 2766048* 1 (S.D.N.Y. MAY 26, 2020)

As for deterring Criminal conduct and protecting the public, the time Mr. Zeigler has Served is enough to convince him Not to be apart of any wrongdoings. Mr. Zeigler has taken advantage of the programming opportunities available to him before the pandemic, Completing Numerous Courses and avoiding any Incident reports. Thus, Mr. Zeigler has already heeded the Court's warning and Stayed out of trouble. See United States V. Trus, 116, 713. 3d 1003, 1010 (9th cir. 2013) (Sentencing court can consider "post-offence rehabilitation-particularly in light of its tendency to reveal a defendant's likelihood of future criminal conduct") Pepper V. United States, 562 U.S. 476, 491-93 (2011).

Finally, Mr. Zeigler does Not pose "a danger to the Safety of any other person or to the Community." Mr. Zeigler has been a Model inmate.

The defendant is also facing Three Years Supervised release - limitations on his freedoms - during which he can Quickly return to custody if he Shows Signs of likely recidivism. (United States v. McPHerson, 2020 WL 1862596*, 5 (W.D. Wash. Apr. 14, 2020). The Same is true for Mr. Zeigher, who will be intensively Supervised by the probation office upon release. If he Violates the conditions of Supervised release, or is arrested for New Criminal conduct, he Knows he will find himself in prison again.

## CONCLUSION

For the reasons Set above, Mr Zeigher requests this court grant his request for Compassionate release and resentencing him to time Served. Mr. Zeigher is Not opposed to placement on home confinement until he completes his completed. See 18 U.S.C. § 3582 (c)(1)(A) (Court "May impose a term.... Supervised release with or without conditions that does Not exceed unserved portion of the Original term of Imprisonment")

Respectfully

Jesse Lee Zeigher

BP-S148.055 **INMATE REQUEST TO STAFF**   CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden L. Milusnic | DATE: 5-22-2020 |
|---|---|
| FROM: Jesse Zeigler | REGISTER NO.: 20604-111 |
| WORK ASSIGNMENT: Rec | UNIT: "F" |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Do to Covid-19 Virus Im requesting to be placed
On home confinement.
Or reduction of Sentence.

(Do not write below this line)

DISPOSITION:

Warden's Office
2020

Warden's Office
MAY 29 2020
Received

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)       and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*
*3901 Klein Blvd.*
*Lompoc, California  93436*

June 3, 2020

**MEMORANDUM FOR ZEIGLER, JESSE, REG. NO. 20604-111**

**FROM:**      L. J. Milusnic, Acting Complex Warden

**SUBJECT:**   Compassionate Release Review

Your request for Compassionate Release/Reduction in Sentence (RIS)
has been reviewed pursuant to 18 U.S.C. 4205(g) and §§ 3582(c)(1)(A).
We will not be pursuing a request for compassionate release in your
case.

The information and documentation you provided pursuant to Program
Statement 5050.50, Compassionate Release/Reduction in Sentence:
Procedures for Implementation of 18 U.S.C. §§3582(c)(1)(A) and
4205(g) was carefully reviewed and considered.  Based on the
information you provided, your request does not meet the criteria
set forth in the Program Statement in which the Bureau of Prisons
would file a motion in the court "in particularly extraordinary or
compelling circumstance which could not reasonably have been
foreseen by the court at the time of sentencing."  You failed to
provide specific information under a qualifying category, which
would warrant the submission of a RIS request.  Please familiarize
yourself with Program Statement 5050.50, Compassionate
Release/Reduction in Sentence prior to submitting your request.

Accordingly, you are not appropriate for RIS at this time.  If you
are not satisfied with this reply, you may submit an appeal on the
appropriate form (BP-9) to this office within 20 calendar days of
the date of this response.

EXHIBIT

A

EXHiBit iN Support
of Notice of And
Motion UNder 18 U.SC. 3582(C)
for ReDUCTION OF SenteNce
And compassionate release

```
   LOMIT            *         INMATE EDUCATION DATA          *      02-03-2020
 PAGE 001 OF 001 *                TRANSCRIPT                 *      09:20:23

 REGISTER NO: 20604-111     NAME..: ZEIGLER                     FUNC: PRT
 FORMAT.....: TRANSCRIPT    RSP OF: LOM-LOMPOC USP

 --------------------------- EDUCATION INFORMATION ---------------------------
 FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
 LOM  ESL HAS    ENGLISH PROFICIENT              12-28-2016 1544 CURRENT
 LOM  GED HAS    COMPLETED GED OR HS DIPLOMA     12-28-2016 1544 CURRENT

 ---------------------------- EDUCATION COURSES -----------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|-----|-----|-----|
| LOM | BASIC LIFE SKILLS | 08-21-2019 | CURRENT | | | | |
| LOM | ACE COMMERCIAL DRIVERS LICENSE | 08-19-2019 | 09-23-2019 | P | W | I | 8 |
| LOM | EXPLORING COUNTRIES OF WORLD | 05-25-2019 | 06-01-2019 | P | W | I | 4 |
| LOM | RPP LIVING FREE | 08-20-2019 | 08-23-2019 | P | W | I | 0 |
| LOM | US HISTORY: WESTERN EXPANSION1 | 06-15-2019 | 07-13-2019 | P | C | P | 10 |
| LOM | RPP LIFE IN FOCUS (ACTS) | 02-04-2019 | 08-07-2019 | P | W | I | 4 |
| LOM | ACE UNDERSTAND SOCIAL MEDIA | 05-23-2019 | 06-20-2019 | P | C | P | 10 |
| LOM | RPP LIVING FREE | 03-06-2019 | 06-12-2019 | P | C | P | 8 |
| LOM | ALTERN VIOLENCE TRAIN 4 FACIL | 02-19-2019 | 02-20-2019 | P | C | P | 18 |
| LOM | AHC HISTORY 105-WEST CIV 1650 | 08-20-2018 | 12-13-2018 | C | C | P | 0 |
| LOM | ACE DRIVERS EDUCATION | 10-23-2018 | 11-27-2018 | P | C | P | 8 |
| LOM | ACE OSHA 10 HOUR CERTIFICATION | 12-03-2018 | 12-04-2018 | P | C | P | 10 |
| LOM | PARENTING PROGRAM USP | 09-17-2018 | 11-27-2018 | P | C | P | 24 |
| LOM | BASIC ALTERNATIVE TO VIOLENCE | 03-11-2017 | 03-12-2017 | P | C | P | 18 |
| LOM | ADVANCED ALTERNATIVE VIOLENCE | 09-29-2018 | 09-30-2018 | P | C | P | 18 |
| LOM | ACE GOAL SETTING | 08-28-2018 | 10-07-2018 | P | C | P | 10 |
| LOM | AHC BUSINESS 160 BUSINESS COM | 06-11-2018 | 08-02-2018 | C | C | P | 0 |
| LOM | ACE REAL ESTATE | 03-08-2017 | 05-10-2017 | P | C | P | 20 |
| LOM | ACE RESTRAURANT OWNERSHIP | 01-07-2017 | 03-11-2017 | P | W | V | 4 |
| LOM | GET RIGHT W/YOUR FED INC TAXES | 02-06-2017 | 03-06-2017 | P | C | .P | 8 |

```
 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

 **OSHA** Training Institute
Education Centers®
The University of Texas at Arlington

866-906-9190
www.uta.edu/ded/osha

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



Rev. 1/2016

 **OSHA**®
Occupational Safety
and Health Administration

26-702027309

This card acknowledges that the recipient has successfully completed:

**10-hour General Industry Safety and Health**

This card issued to:

**Jesse  Zeigler Jr**

Robert  Grice
Trainer Name

12/03/2018
Date of Issue

FCC LOMPOC – MEDIUM
PSYCHOLOGY PROGRAMS

# CERTIFICATE OF COMPLETION

TO

## Jesse Ziegler

20604-111

FOR SUCCESSFUL COMPLETION OF

## Anger Management Group Therapy



S. Franco, Psy.D., Staff Psychologist
March 25, 2020




# ≈ Certificate of Achievement ≈

**This certifies that**

## Jesse Zeigler

**has satisfactorily completed**

**Living Free Reentry Career Course**

Consisting of __13__ Hours of Training

This certificate is hereby issued this __16__ day of __June__ , 20__19__

_Y. M. Carlon_
Y. M. Carlon, Unit Manager

_A. Floyd_
A. Floyd, Group Instructor







# ≈ Certificate of Achievement ≈

This certifies that

## Jesse Zeigler 20604-111

**has satisfactorily completed**

*Pre-Release Education and Planning*

*Soft Skills Course*

**Consisting of __8__ Hours of Training**

**This certificate is hereby issued this __23__ day of __October__, 20 __18__**



_____
A. Diaz, Correctional Counselor

_____
J. Wyatt, Unit Manager






# ≈ Certificate of Achievement ≈

**This certifies that**

## *Jesse Zeigler 20604-111*

**has satisfactorily completed**

*Pre-Release Education and Planning*

*Life Skills Course*

**Consisting of __8__ Hours of Training**

**This certificate is hereby issued this __05__ day of ____October____, 20__18__**



_____
A. Diaz, Correctional Counselor



_____
J. Wyatt, Unit Manager

# Certificate

*of completion of a*
*workshop for training in nonviolence*
## Alternatives to Violence Project (AVP)

*This certificate is awarded to*

## Jesse Zeigler

*Who has satisfactorily completed the*
*Basic Course in Nonviolent Conflict Resolution*
*Under the sponsorship of AVP California*
*www.AVPCalifornia.org*

Location: **FCC Lompoc**

Facilitators:

*Jose "Memo" Velasco*

Date: *March 12, 2017*

# *Certificate of Completion*

Of a *workshop for training in Nonviolence*

## Alternative to Violence Project (AVP)

*This Certificate is awarded to*

# *Jesse Zeigler*

*Who has satisfactorily completed the*
*Advanced Course in Nonviolent Conflict Resolution*
*Under the sponsorship of AVP California*
*www.AVPCalifornia.org*

Location FCC Lompoc
Facilitators:

Date: 09/30/2018

*The Alternative to Violence Project (AVP) is an international non-sectarian group of dedicated volunteers diverse national origins, races and religious affiliations that originated in a collaborative effort between prisoners and Quakers to help people develop effective ways of dealing with conflicts creatively and without violence. Its courses are only offered to voluntary participants. Each workshop consists of an 18-hour intensive program of exercises and discussions designed to develop self-esteem and self-confidence in a trusting and supportive atmosphere. The workshops teach principles of affirmation, communication, cooperation, community-building and creative conflict resolution essential in the exploration of the many nonviolent solutions that are possible in almost every conflict-particularly when approached with a caring attitude toward others.*

**For more information go to www.AVPCCalifornia.org**
**Contact:   P.O. Box 3294, Santa Barbara. CA   93130**
**800/905-6765**

# *Certificate of Completion*

Of a *workshop for training in Nonviolence*

## Alternative to Violence Project (AVP)

*This Certificate is awarded to*

# *Jesse Ziegler*

**Who has satisfactorily completed the**
**Training for Facilitators workshop**
**In Non-Violent Conflict Resolution**

*Under the sponsorship of AVP California*

**Location FCC Lompoc**
**Facilitators:**

*www.AVPCalifornia.org*

*Date: 02-20-2019*

*The Alternative to Violence Project (AVP) is an international non-sectarian group of dedicated volunteers diverse national origins, races and religious affiliations that originated in a collaborative effort between prisoners and Quakers to help people develop effective ways of dealing with conflicts creatively and without violence. Its courses are only offered to voluntary participants. Each workshop consists of an 18-hour intensive program of exercises and discussions designed to develop self-esteem and self-confidence in a trusting and supportive atmosphere. The workshops teach principles of affirmation, communication, cooperation, community-building and creative conflict resolution essential in the exploration of the many nonviolent solutions that are possible in almost every conflict-particularly when approached with a caring attitude toward others.*

**For more information go to <u>www.AVPCCalifornia.org</u>**
**Contact:   P.O. Box 3294, Santa Barbara. CA   93130**
**800/905-6765**



**National Fatherhood Initiative®**

www.fatherhood.org

*Certificate of Completion*

This certifies that

**Jesse Zeigler**

has successfully completed the



**Program**

*Carlos Alcazar*
Chairman of the Board
NATIONAL FATHERHOOD INITIATIVE®

*Christopher A. Brown*
Executive Vice President
NATIONAL FATHERHOOD INITIATIVE®

Conducted on ___ September 17, 2018 - November 19, 2018 ___

in ___ FCC Lompoc, California ___

T. Cintora, Mentor Coordinator/ ___

Facilitator's Name/Signature



FEDERAL BUREAU OF PRISONS
FEDERAL CORRECTIONAL COMPLEX, LOMPOC, CA

# Certificate of Achievement

*awarded to:*

## Jesse Zeigler

#20604-111

### For Successful Completion of the
### Non-Residential Program.

December 7, 2018
Date

K. Rosales, Drug Treatment Specialist

A. Clemmer, Psy.D., Chief
Psychologist

# *Certificate of Completion*

Presented to

**JESSE ZEIGLER #20604-111**

For successfully completing the

**Drug Abuse Education Course**

The Drug Abuse Education Course is a minimum of 12 hours.  The goal of this program is to help the offender to make an accurate evaluation of the consequences of his her alcohol drug use and consider the need for treatment.

**Drug Abuse Program Coordinator**

**5/7/2018**

**Date**

**FCC Lompoc**

EXHIBIT

B

EXHIBIT iN Support
of Notice of And Motion
Under U.S.C. 3582(c)
for Reduction of Sentence
And compassionate release



**Federal Bureau of Prisons**

### FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** ZEIGLER, JESSE | **Facility** USP Lompoc |
| **Reg #** 20604-111 | **Order Unit** Z03-151UAD |
| **DOB** 12/22/1978 | **Provider** Navid Souferzadeh, MD |
| **Sex** M | |

**Collected** 03/25/2020 09:00
**Received** 03/26/2020 07:29
**Reported** 03/26/2020 10:40
**LIS ID** 218192455

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 141 | 136-145 | mmol/L |
| Potassium | | 4.3 | 3.5-5.1 | mmol/L |
| Chloride | | 104 | 98-107 | mmol/L |
| CO2 | | 28 | 22-29 | mmol/L |
| BUN | | 17 | 6-20 | mg/dL |
| Creatinine | H | 1.29 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 10.0 | 8.6-10.0 | mg/dL |
| Glucose | L | 56 | 74-109 | mg/dL |
| AST | | 22 | 10-40 | U/L |
| ALT | | 24 | 8-41 | U/L |
| Alkaline Phosphatase | | 74 | 49-126 | U/L |
| Bilirubin, Total | | 0.5 | 0.1-1.2 | mg/dL |
| Total Protein | | 7.9 | 6.6-8.7 | g/dL |
| Albumin | | 4.8 | 3.5-5.2 | g/dL |
| Globulin | | 3.1 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.55 | 1.00-2.30 | |
| Anion Gap | | 9.9 | 9.0-19.0 | |
| BUN/Creat Ratio | | 13.1 | 5.0-30.0 | |
| Cholesterol | | 155 | <200 | mg/dL |
| Triglycerides | H | 160 | <150 | mg/dL |
| HDL Cholesterol | L | 34 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 89 | <130 | mg/dL |
| Chol/HDL Ratio | H | 4.6 | 0.0-4.0 | |

| SPECIAL CHEMISTRY | | | | |
|---|---|---|---|---|
| T4, Free | | 1.29 | 0.93-1.70 | ng/dL |
| TSH | | 1.08 | 0.27-4.20 | uIU/mL |

| HEMATOLOGY | | | | |
|---|---|---|---|---|
| WBC | | 4.3 | 3.5-10.5 | K/uL |
| NRBC% | | 0.0 | | |
| RBC | | 4.74 | 4.10-6.00 | M/uL |
| Hemoglobin | | 13.3 | 12.0-17.5 | g/dL |
| Hematocrit | | 40.4 | 38.8-50.0 | % |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

Page 1 of 2

E-5

EXHIBIT

C

EXHIBIT iN Support
Of Notice of and motion
under USC. 3582(C)
for Reduction of Sentence
And Compassionate Release



## Individualized Reentry Plan - Program Review (Inmate Copy)

SEQUENCE: 02032530
Dept. of Justice / Federal Bureau of Prisons
Team Date: 02-17-2020
Plan is for inmate: ZEIGLER, JESSE LEE 20604-111

| Facility: | LOM LOMPOC USP | Proj. Rel. Date: | 12-26-2023 |
|---|---|---|---|
| Name: | ZEIGLER, JESSE LEE | Proj. Rel Mthd: | GCT REL |
| Register No.: | 20604-111 | DNA Status: | LOM07970 / 12-21-2016 |
| Age: | 41 | | |
| Date of Birth: | 12-22-1978 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LOM | REC AIDE | RECREATION AIDE | 08-17-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LOM | ESL HAS | ENGLISH PROFICIENT | 12-28-2016 |
| LOM | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-28-2016 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LOM | | BASIC LIFE SKILLS | 08-21-2019 | CURRENT |
| LOM | W | ACE COMMERCIAL DRIVERS LICENSE | 08-19-2019 | 09-23-2019 |
| LOM | W | EXPLORING COUNTRIES OF WORLD | 05-25-2019 | 06-01-2019 |
| LOM | W | RPP LIVING FREE | 08-20-2019 | 08-23-2019 |
| LOM | C | US HISTORY: WESTERN EXPANSION1 | 06-15-2019 | 07-13-2019 |
| LOM | W | RPP LIFE IN FOCUS (ACTS) | 02-04-2019 | 08-07-2019 |
| LOM | C | ACE UNDERSTAND SOCIAL MEDIA | 05-23-2019 | 06-20-2019 |
| LOM | C | RPP LIVING FREE | 03-06-2019 | 06-12-2019 |
| LOM | C | ALTERN VIOLENCE TRAIN 4 FACIL | 02-19-2019 | 02-20-2019 |
| LOM | C | AHC HISTORY 105-WEST CIV 1650 | 08-20-2018 | 12-13-2018 |
| LOM | C | ACE DRIVERS EDUCATION | 10-23-2018 | 11-27-2018 |
| LOM | C | ACE OSHA 10 HOUR CERTIFICATION | 12-03-2018 | 12-04-2018 |
| LOM | C | PARENTING PROGRAM USP | 09-17-2018 | 11-27-2018 |
| LOM | C | BASIC ALTERNATIVE TO VIOLENCE | 03-11-2017 | 03-12-2017 |
| LOM | C | ADVANCED ALTERNATIVE VIOLENCE | 09-29-2018 | 09-30-2018 |
| LOM | C | ACE GOAL SETTING | 08-28-2018 | 10-07-2018 |
| LOM | C | AHC BUSINESS 160 BUSINESS COM | 06-11-2018 | 08-02-2018 |
| LOM | C | ACE REAL ESTATE | 03-08-2017 | 05-10-2017 |
| LOM | W | ACE RESTAURANT OWNERSHIP | 01-07-2017 | 03-11-2017 |
| LOM | C | GET RIGHT W/YOUR FED INC TAXES | 02-06-2017 | 03-06-2017 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-03-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-21-2016 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 05-23-2016 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-11-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-11-2017 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|

---

## Individualized Reentry Plan - Program Review (Inmate Copy)

SEQUENCE: 02032530
Dept. of Justice / Federal Bureau of Prisons
Team Date: 02-17-2020
Plan is for inmate: ZEIGLER, JESSE LEE 20604-111

| Assignment | Description | Start |
|---|---|---|
| DAP DECL | RESIDENT DRUG TRMT DECLINED | 04-06-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 05-04-2018 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 04-03-2018 |
| NR COMP | NRES DRUG TMT/COMPLETE | 12-07-2018 |

### FRP Details

Most Recent Payment Plan

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 09-10-2019 |
|---|---|---|---|
| Inmate Decision: | AGREED | $30.00 | Frequency: MONTHLY |
| Payments past 6 months: | $180.00 | Obligation Balance: | $4,138.94 |

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST FV | $4,599.99 | $4,138.94 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 02-12-2020 | LOM | PAYMENT | INSIDE PMT | $30.00 |
| | 01-11-2020 | LOM | PAYMENT | INSIDE PMT | $30.00 |
| | 12-11-2019 | LOM | PAYMENT | INSIDE PMT | $30.00 |
| | 11-13-2019 | LOM | PAYMENT | INSIDE PMT | $30.00 |
| | 10-11-2019 | LOM | PAYMENT | INSIDE PMT | $30.00 |
| | 09-11-2019 | LOM | PAYMENT | INSIDE PMT | $30.00 |

#### Payment Details

Trust Fund Deposits - Past 6 months: $1,686.82      Payments commensurate ?   Y

| New Payment Plan: | ** No data ** |
|---|---|

### Progress since last review

ZEIGLER is currently assigned to RECREATION AIDE work detail.

ZEIGLER is currently enrolled in BASIC LIFE SKILLS.

ZEIGLER completed the following two courses: EXPLORING COUNTRIES OF WORLD and ACE COMMERCIAL DRIVERS LICENSE.

ZEIGLER expressed interest in working as a Suicide Cadre in the Psychology department.

ZEIGLER failed to enroll in a VT course of interest.

### Next Program Review Goals

Continue participating in the IFR program.

Continue your progressing in completing BASIC LIFE SKILLS.

Enroll in VT Course of your choosing by August 2020. Current available VT Course includes, Barber, Carpentry, Welding and Computers.

Maintain good work evaluations in current work assignment for the next six months.

### Long Term Goals

Complete a VT Course of your choosing by June 2022, current available VT Course includes, Barber, Carpentry, Welding and Computers.

Have 3 forms of identification (e.g., driver's license, non-driver state issued photo ID, passport, birth certificate, Social Security Card) located in your central file prior to release.

Complete all three ROP courses prior to release to the Residential Re-entry Center.

Participate in Mock Job Fair prior to release.

Complete the Inmate Financial Responsibility program prior to release.

### RRC/HC Placement

No.
Management decision - Will discuss 17-19 months prior to release date.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources



**U.S. Department of Justice**

Federal Bureau of Prisons

---

*Federal Correctional Complex*
*3901 Klein Blvd.*
*Lompoc, California 93436*

January 28, 2020

**MEMORANDUM FOR ALL CONCERNED**

/s/

**FROM:** C. Clegg, Ph.D., Chief Psychologist

**SUBJECT:** Inmate Companion Suicide Watch Shift Schedule
EFFECTIVE – January 28, 2020 (replaces previous schedules)

Below is the current Inmate Companion Suicide Watch Shift Schedule. If there are two inmates on watch at the same time, please use the next day's schedule of inmates to cover the second watch. For example, if there are two watches occurring on a Monday, use Monday's schedule for the first watch and Tuesday's schedule for the second watch.

By policy, inmate companions may not work longer than one (1) four-hour shift every 24 hours.

| Shift | Mon. | Tues. | Wed. | Thurs. | Fri. | Sat. | Sun. |
|---|---|---|---|---|---|---|---|
| **11:30PM-3:30AM** | Zeigler, J. 20604-111 (F-Unit) | Kodaimati 49820-298 (J-Unit) | Zeigler, J. 20604-111 (F-Unit) | Kodaimati 49820-298 (J-Unit) | Torres, G. 54263-054 (J-Unit) | Zeigler, J. 20604-111 (F-Unit) | Kodaimati 49820-298 (J-Unit) |
| **3:30AM-7:30AM** | Carpenter, D. 16467-091 (J-Unit) | Dickinson, J. 18039-006 (J-Unit) | Carpenter, D. 16467-091 (J-Unit) | Wynn, R. 58316-065 (K-Unit) | Carpenter, D. 16467-091 (J-Unit) | Dickinson, J. 18039-006 (J-Unit) | Torres, G. 54263-054 (J-Unit) |
| **7:30AM-11:30AM** | Doolittle, L. 15583-030 (J-Unit) | Gibson, J. 18465-023 (F-Unit) | Doolittle, L. 15583-030 (J-Unit) | Gibson, J. 18465-023 (F-Unit) | Doolittle, L. 15583-030 (J-Unit) | Wynn, R. 58316-065 (K-Unit) | Gibson, J. 18465-023 (F-Unit) |
| **11:30AM-3:30PM** | Wynn, R. 58316-065 (K-Unit) | Newton, W. 06183-089 (C-Unit) | Benson, C. 42554-061 (C-Unit) | Newton, W. 06183-089 (C-Unit) | Benson, C. 42554-061 (C-Unit) | Newton, W. 06183-089 (C-Unit) | Benson, C. 42554-061 (C-Unit) |
| **3:30PM-7:30PM** | Wooten, T. 03337-078 (J-Unit) | Torres, G. 54263-054 (J-Unit) | Wooten, T. 03337-078 (J-Unit) | Dickinson, J. 18039-006 (J-Unit) | Velasco, J. 46629-112 (J-Unit) | Wooten, T. 03337-078 (J-Unit) | Velasco, J. 46629-112 (J-Unit) |
| **7:30PM-11:30PM** | White, B. 70768-051 (J-Unit) | Ta, K. 49158-086 (K-Unit) | Velasco, J. 46629-112 (J-Unit) | White, B. 70768-051 (J-Unit) | Ta, K. 49158-086 (K-Unit) | White, B. 70768-051 (J-Unit) | Ta, K. 49158-086 (K-Unit) |

**Backup Cadre Members:**
Phillips, D. - 19871-077 - (J-Unit)
Guizar, V. - 62180-408 - (K-Unit)
Delgado, M. - 68191-298 - (J-Unit)
Montes, J. - 10535-180 - (J-Unit)

cc: Psychology File
Captain / Lieutenants' Office
Control Room/Main Corridor Office



Jesse Lee Leigher 20604-111
United State penitentiary
3901 KLEIN BLVd
Lompoc CA, 93436

Unidentified

RECD AUG 04 2020

Internal Revenue Service
SB/SE Compliance Field
AUG 11 2020
Area 7
Oakland, CA

7016 0910 0002 3095 6793

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

LEGAL MAIL



Route
Oakland
Delivery Point
IRS Oakland
OAKMS1040S
70160910000230956793
W10001AEWQ
W100U1AE

Clerk of The Court
301 Clay Street
OAKLAND CA, 94612



