UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESSE LEE ZEIGLER,<br><br>    Defendant. | Case No. 15-cr-00347-JST-1<br><br>**ORDER STAYING GRANT OF COMPASSIONATE RELEASE**<br><br>Re: ECF No. 75 |

In light of concerns raised by the United States Probation Office, the Court's October 28, 2020 order granting Defendant Jesse Lee Zeigler's motion for compassionate release, ECF No. 75, is hereby STAYED.

**IT IS SO ORDERED.**

Dated: October 29, 2020

_____
JON S. TIGAR
United States District Judge