UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15-cr-00347-JST-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER MODIFYING GRANT OF COMPASSIONATE RELEASE** |
| ZEIGLER, | Re: ECF No. 75 |
| Defendant. | |

On October 30, 2020, the Probation Office filed an additional response to Defendant Jesse Lee Zeigler, Jr.'s motion for compassionate release. *See* ECF No. 79. The Probation Office no longer recommends that Zeigler reside in a Residential Reentry Center. *Id.* at 2. The status hearing scheduled for November 2, 2020 at 11:00 a.m. is no longer necessary in light of Probation's additional response and is therefore VACATED.

The Court affirms its prior ruling granting Zeigler's motion for compassionate release, ECF No. 75, but modifies it in the following respects. Page 5, line 20 through page 6, line 7 of the Court's order, ECF No. 75, are replaced with the following:

For good cause shown, the Court hereby GRANTS the motion for compassionate release and the sentence of imprisonment is modified to time served. The remaining portion of Zeigler's original term of imprisonment shall be served as a term of supervised release with the special condition of home incarceration.[1] During the term of home incarceration, Zeigler is ordered to

---

[1] The Court has determined not to impose a location monitoring condition, heeding the advice of the Probation Office that "it does not appear a condition of Location Monitoring is necessary." ECF No. 79 at 2. Any technology necessary for the condition of home confinement is left to the discretion of the probation officer.

comply with the standard and special conditions of supervised release imposed at the time of the original sentence.  In addition to the special conditions adopted by the Court at the time of sentencing, the following special condition is also imposed:  Zeigler must not have any contact with the victims, unless excused by the probation officer.  Zeigler shall then complete the originally-ordered three year term of supervised release imposed in the original sentence subject to the original conditions of release imposed by the Court.

**IT IS SO ORDERED.**

Dated:  October 30, 2020



_____
JON S. TIGAR
United States District Judge